1 VON S. HEINZ
Nevada Bar No. 859
2 LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Parkway
3 Suite 600
Las Vegas, Nevada 89169
4 (702) 949-8200
5 (702) 949-8351 (fax)
*Attorneys for Defendants*
6 *Life Insurance Company of North America, Bechtel Corporation, and*
7 *Trustee of the Group Insurance Trust for Employers*
*in the Construction Industry (erroneously sued as Bechtel*
8 *Corporation Long Term Disability Plan)*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Tracy Conticchio, | |
| Plaintiff, | Case No.: 2:15-cv-00432-RFB-VCF |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Life Insurance Company of North America; Bechtel Corporation, Bechtel Corporation Long Term Disability Plan, | |
| Defendants. | |

      Pursuant to Fed. R. Civ. P. 41(a)(2), plaintiff Tracy Conticchio and defendants Life Insurance Company of North America ("LINA"), Bechtel Corporation, and Group Insurance Trust for Employers in the Services Industry (erroneously sued as "Bechtel Corporation Long Term Disability Plan") (collectively "Defendants") stipulate and agree as follows:

      1.    Plaintiff's complaint shall be dismissed with prejudice as against each of the defendants, LINA, Bechtel Corporation and Group Insurance Trust for Employers in the Services Industry (erroneously sued as "Bechtel Corporation Long Term Disability Plan").

6216999_1

    2.    Each party will bear her/its own attorneys' fees and costs.

    3.    No trial date has been set in this matter.

| SCOTT E. DAVIS, P.C. | LEWIS AND ROCA LLP |
|---|---|
| By /s/ Scott E. Davis<br>SCOTT E. DAVIS<br>Nevada Bar No. 8788<br>8360 East Raintree Drive, Suite 140<br>Scottsdale, Arizona 85260<br>*Attorneys for Plaintiff*<br><br>Dated: July 22, 2015 | By /s/ Von S. Heinz<br>VON S. HEINZ<br>Nevada Bar No. 859<br>Suite 600<br>3993 Howard Hughes Parkway<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendants*<br>*Life Insurance Company of North America,*<br>*Bechtel Corporation, and Trustee of the*<br>*Group Insurance Trust for Employers*<br>*in the Construction Industry (erroneously*<br>*sued as Bechtel Corporation Long Term*<br>*Disability Plan)*<br><br>Dated: July 22, 2015 |

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 3rd day of August, 2015.